# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOSEPH RYAN HIGGINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1990

_____

November 5, 2025

Appeal from the Circuit Court for Hillsborough County; Samantha Ward, Judge.

Dirk R. Weed of Weed and Associates, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

MORRIS, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.